USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

RODNEY MCMILLAN,

                Plaintiff,

        -against-

CITY OF NEW YORK,

                Defendant.

-----------------------------------------------------------------X

10 **CIVIL** 4806 (JSR)

**JUDGMENT**

Defendant having moved for summary judgment on all of plaintiff's claims, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on August 23, 2011, having rendered its Memorandum Order granting defendant's motion for summary judgment and directing the Clerk of the Court to enter judgment dismissing the complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 23, 2011, that the Court grants summary judgment to defendant, and judgment is entered dismissing the complaint with prejudice.

**Dated:** New York, New York
        August 23, 2011

                              **RUBY J. KRAJICK**

                              **Clerk of Court**

**BY:**

                              **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____